# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE DOWNEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY LONG-TERM DISABILITY PROGRAM; PACIFIC GAS AND ELECTRIC COMPANY; THE EMPLOYEE BENEFIT COMMITTEE; THE EMPLOYEE BENEFIT APPEALS COMMITTEE,<br><br>　　　　Defendants. | Case Number: 4:20-cv-08317-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE DISMISSAL** |

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline to file the parties' Stipulation for Dismissal is extended to an additional 45 days from the date of this Order.

IT IS SO ORDERED.

Dated: 5/27/2021

By: _/s/ Haywood S. Gilliam, Jr._
HON. HAYWOOD S. GILLIAM, JR
UNITED STATES DISTRICT JUDGE